District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.N., <br><br> Plaintiff, <br><br> v. <br><br> DANIELLE LEHMAN, *et al.*,[1] <br><br> Defendants. | Case No. 2:24-cv-02031-JNW <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER <br><br> Noted for Consideration: <br> February 12, 2025 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to hold this case in abeyance until August 29, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") adjudicate their Form I-589, Application for Asylum and for Withholding of Removal. Defendants' response to the Complaint is currently due

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute U.S. Citizenship and Immigration Services Acting Director Jennifer Higgens for Ur M. Jaddou and Department of Homeland Security Secretary Kristi Noem for Alejandro Mayorkas.

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-02031-JNW] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

on February 14, 2025. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until August 29, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for May 1, 2025. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court within seven calendar days. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process their asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until August 29, 2025. The parties will submit a joint status report on or before August 29, 2025.

//

//

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-02031-JNW] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 12th day of February, 2025.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | MEENA PALLIPAMU IMMIGRATION LAW PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:   (206) 553-4067<br>Email: michelle.lambert@usdoj.gov | *s/ Meena Pallipamu*<br>MEENA PALLIPAMU, WSBA #31870<br>Meena Pallipamu Immigration Law PLLC<br>4444 Woodland Park Ave. N., Ste. 203<br>Seattle, Washington 98103<br>Phone: 206-419-7332<br>Email: meena@meenaimmigrationlaw.com<br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 384 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-02031-JNW] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. This case shall be held in abeyance until August 29, 2025. The parties shall file a stipulated motion for dismissal or a joint status report on or before August 29, 2025.

DATED this 14th day of February, 2025.

*Jamal W.*

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-02031-JNW] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800