1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

13

14

| C.N., | CASE NO. 2:24-cv-2031 |
| Plaintiff, | ORDER |
| v. | |
| DANIELLE LEHMAN, Director of the United States Citizenship and Immigration Services, ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security, | |
| Defendants. | |

15

16

17

18

19

20

Plaintiff C.N. moves for a protective order, allowing the case to proceed under this pseudonym. Dkt. No. 4. Plaintiff argues that good cause exists for their motion because, as a Tanzanian national applying for asylum based on their political opinions, they risk persecution by publicizing their identity. Dkt. No. 4 at 3. Plaintiff's counsel also states that she "has communicated with Defendants' counsel" and Defendants "do not oppose this motion." *Id.* at 5.

21

22

23

Because there is good cause to keep Plaintiff's name under seal and because Defendants do not oppose Plaintiff's motion, the Court GRANTS Plaintiff's

**ORDER** - 1

unopposed motion for a protective order, Dkt. No. 4, and allows the case to proceed under pseudonym.

Dated this 18th day of February, 2025.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2