District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.N.,<br><br>                Plaintiff,<br><br>   v.<br><br>DANIELLE LEHMAN, *et al.,*<br><br>                Defendants. | Case No. 2:24-cv-02031-JNW<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>August 27, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own attorneys' fees and costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

//

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-02031-JNW] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

1     DATED this 27th day of August, 2025.

2 Respectfully submitted,

3 TEAL LUTHY MILLER      MEENA PALLIPAMU IMMIGRATION
Acting United States Attorney      LAW PLLC

4

5 *s/ Michelle R. Lambert*      *s/ Meena Pallipamu*
MICHELLE R. LAMBERT, NYS #4666657      MEENA PALLIPAMU, WSBA #31870

6 Assistant United States Attorney      Meena Pallipamu Immigration Law PLLC
United States Attorney's Office      4444 Woodland Park Ave. N., Ste. 203

7 Western District of Washington      Seattle, Washington 98103
1201 Pacific Avenue, Suite 700      Phone: 206-419-7332

8 Tacoma, Washington 98402      Email: meena@meenaimmigrationlaw.com
Phone: (206) 553-7970      *Attorney for Plaintiff*

9 Fax:  (206) 553-4067
Email: michelle.lambert@usdoj.gov

10 *Attorneys for Defendants*

11 *I certify that this memorandum contains 79 words, in compliance with the Local Civil Rules.*

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND ORDER      UNITED STATES ATTORNEY
[Case No. 2:24-cv-02031-JNW] - 2      1201 P<small>ACIFIC</small> A<small>VE</small>., S<small>TE</small>. 700
     T<small>ACOMA</small>, WA 98402
     (253) 428-3800

**ORDER**

The case is dismissed without prejudice with each party to bear their own attorneys' fees and costs. It is so **ORDERED**.

DATED this 28th day of August, 2025.

JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION AND ORDER
[Case No. 2:24-cv-02031-JNW] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800